| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 |
| In Re:<br><br>MARTIN MICKY GOLDIN,<br><br>                Debtor |

**Order Filed on July 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:     14-19401

Chapter:          13

Hearing Date:    7/24/18 @ 2:00 pm

Judge:          MBK

**CHAPTER 13 ORDER AUTHORIZING CANCELLATION,
VOIDING AND/OR DISCHARGE OF RECORD OF:**

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

Recommended Local Form:     ☒ Followed     ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 26, 2018**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER**: **THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 999 Beltzville Road
   Kresgeville, PA 18333

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder:  Bank of America, N.A.
   b. Current Assignee:  Nationstar Mortgage, LLC
   c. Current Servicer:  Nationstar Mortgage, LLC
   d. Date of Mortgage/Lien: April 15, 2005
   e. Date of Recordation: April 15, 2005
   f. Place of Recordation: County of Monroe, State of Pennsylvania
      i. Mortgage Book: 2222
      ii. Page: 2601
   g. Original Principal Balance of Mortgage/Lien: $ 250,000

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*